# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| SUZANNE LETITIA BOLGER | : | |
| Debtor. | : | Bankruptcy No. 19-16411-AMC |

## O R D E R

**AND NOW,** Upon consideration of *Debtor's Motion for Stay Pending Appeal of the Order Entered August 17, 2021, Denying the Debtor's Motion for Reconsideration of the Order Entered on June 22, 2021, Granting the Motion of JP Morgan Chase Bank, N.A. to Compel Discovery and for Sanctions* (Doc. #143) (the "Motion"), and after notice and hearing on October 26, 2021, it is hereby

**ORDERED** that the Motion is **DENIED** for the reasons stated in open Court.

Dated: October 26, 2021

_____
Ashely M. Chan
United States Bankruptcy Judge